IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


BRUCE TRIMBLE,                          3:13-cv-02019-JE

          Plaintiff,              ORDER

v.

CAROLYN W. COLVIN,
Commissioner, Social Security
Administration,

          Defendant.


BROWN, Judge.

    Magistrate Judge John Jelderks issued Findings and Recommendation (#9) on April 16, 2015, in which he recommends this Court dismiss this case without prejudice for failure to prosecute.  The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

    Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*.  *See Dawson v. Marshall*,

1  - ORDER

561 F.3d 930, 932 (9th Cir. 2009). *See also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003)(*en banc*). Having reviewed the legal principles *de novo*, the Court does not find any error.

<u>**CONCLUSION**</u>

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#9). Accordingly, the Court **DISMISSES** this matter **without prejudice.**

IT IS SO ORDERED.

DATED this 11th day of May, 2015.

/s/ Anna J. Brown

_____
ANNA J. BROWN
United States District Judge